

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: LA09CR00527-R |
|---|---|---|
| Plaintiff, | ) | ~~CR 09-527-R~~ |
| v. | ) | ORDER OF DETENTION |
| Alberto Jesus Gonzalez | ) | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND, CHARACTERISTICS, COMM. TIES
- UNKNOWN AVAILABLE BAIL RESOURCES
- PRIOR VIOLATIONS OF S.P. RELEASE (COURT ORDERS)
- UNDERLYING ALLEGATIONS

1  and/or

2  B.     ( )     The defendant has not met his/her burden of establishing by clear and
3                 convincing evidence that he/she is not likely to pose a danger to the
4                 safety of any other person or the community if released under 18
5                 U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated:  2/22/12

   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge

2