Send
FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Alberto Jesus Gonzalez
Defendant.

Case No.: CR 09-527R

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: ______________________

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: ______________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: February 15, 2013

SHERI PYM
United States Magistrate Judge